

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

October 15, 1963

Hon. Dorman H. Winfrey        Opinion No. C-161
Director and Librarian
Texas State Library        Re: Various questions relative to
Austin 11, Texas               the construction of subsection
                               J, Section 1 of Article V, H.B.
                               86, 58th Legislature, as to
Dear Mr. Winfrey:              part-time employees.

        You have written for our opinion with regard to the
application of subsection J, Section 1 of Article V, H.B. 86,
58th Legislature to the following questions:

        "1. If a part-time employee, of the type
    described above, was, in August 1963, paid a
    proportional part of a step rate in the salary
    schedule, and if the employee continues in a
    part-time capacity, on and after September 1,
    and is paid out of funds appropriated for 'sala-
    ries of classified positions', may his September
    salary be computed as a proportional part of the
    same salary step number of the new salary sched-
    ule contained in House Bill 86? May such an
    employee be later eligible for merit salary in-
    creases as provided in Sub-section L?

        "2. If a full-time classified employee is
    paid at a step rate above Step 1 of the desig-
    nated salary group, and if he is changed to a
    part-time status in the same position, will his
    part-time salary rate be computed as a propor-
    tional part of the full-time rate applicable
    prior to his change to part-time employment?

        "3. If a part-time employee is paid a pro-
    portional part of a step rate above Step 1 of the
    designated salary group, and if he is changed to
    a full-time status in the same position, is he
    eligible to receive a full-time salary equivalent
    to the step rate represented by the same step num-
    ber he received as a part-time employee?"

        Subsection J of Section 1, Article V of H.B. 86 pro-
vides as follows:

-782-

"J. PART-TIME EMPLOYEES. Regular full-
time positions paid out of funds appropriated
for 'salaries of classified positions' may
also be filled by part-time employees. In com-
puting the salaries of these employees the
rates of pay shall be proportional to the rates
authorized for full-time classified employment.
It is further provided that part-time employees
as described in this subsection shall be subject
to all of the provisions of this Section." (Em-
phasis added).

The Appropriation Bill in force in 1962 contained a
provision similar to said subsection J. Such provision was
construed by this office, in Attorney General's Opinion WW-
1158, to mean that the salary of a part-time employee is to be
determined in the same manner as the salary of a full-time em-
ployee but on a proportional basis. A copy of this opinion is
enclosed.

Subsection J here involved also would clearly author-
ize a part-time employee's salary to be converted in the same
manner as would a regular full-time employee. Likewise, a
part-time employee filling a position paid out of funds appro-
priated for salaries of classified positions would be entitled
to merit salary increases the same as regular full-time employ-
ees.

Therefore, in answer to your first question, a part-
time employee's salary should be computed as a proportional
part of the same salary step number of the new salary schedule,
and such employee is later eligible for merit salary increases
as provided for by the current Appropriation Bill in subsection
L.

With regard to your second question, when an employee
is changed from a full-time classified employee to part-time
status in the same position, his salary rate should be computed
as a proportional part of the full-time rate applicable prior
to his change to part-time employment.

In the exact opposite situation, a part-time employee
who is changed to a full-time status in the same position, as
set forth in Question 3, is eligible to receive the full-time
salary equivalent to the step rate represented by the same step
number he received as a part-time employee.

## SUMMARY

Part-time employees filling classified posi-
tions whose salary is paid out of funds appropri-
ated for "salaries of classified positions" should
have their salary computed as a proportional part
of the same salary step number of the new salary
schedule of H.B. 86; such employees are eligible
for merit salary increases; and either a full-time
employee changing to part-time status or a part-
time employee changing to full-time status in the
same position should receive either a proportional
part or the full salary, as the case may be, of
the rate applicable prior to such change.

Yours very truly,

WAGGONER CARR
Attorney General

By   *Paul Phy*

Paul Phy
Assistant

PP:mkh:wb

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
John Reeves
Jack Goodman
Linward Shivers

APPROVED FOR THE ATTORNEY GENERAL

BY:  Stanton Stone

Enclosure